No. 85–1038. EUROQUILT, INC. *v.* SCANDIA DOWN CORP. ET AL. C. A. 7th Cir. Certiorari denied.

JUSTICE WHITE, dissenting.

One of the questions presented by this case is whether, in a trademark infringement action under § 43(a) of the Lanham Act, 15 U. S. C. § 1125(a), a district court's finding of "likelihood of confusion" is reviewable under the "clearly erroneous" standard, as a finding of fact, or *de novo*, as a conclusion of law. As I have previously noted, the Courts of Appeals are divided on this question. *Elby's Big Boy of Steubenville, Inc.* v. *Frisch's Restaurants, Inc.*, 459 U. S. 916 (1982) (WHITE, J., dissenting from denial of certiorari). I would grant certiorari to resolve this conflict.